THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
JENNIFER J. SHASKY
Deputy Chief, Organized Crime and Racketeering Section
U.S. Department of Justice
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:  (213) 894-4477
Facsimile:  (213) 894-8601

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>RUDOLPH WALTER RITTER,<br><br>            Defendant. | No. CR 03-734-RMT<br>[Related to CR 03-733-RMT<br>Under General Order 224]<br><br>[~~proposed~~] ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT RUDOLPH WALTER RITTER ONLY |
|---|---|

   Based on the government's motion,

   IT IS HEREBY ORDERED that the indictment in this case is hereby dismissed as to defendant RUDOLPH WALTER RITTER only, without prejudice.

DATED: December 12, 2008

_____
Honorable Robert M. Takasugi
Senior United States District Judge